UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-23430-CIV-UNGARO

DARIUS THOMAS,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER ON MAGISTRATE JUDGE'S REPORT

THIS CAUSE is before the Court upon Petitioner's *pro se* Petition for Writ of Habeas Corpus, filed September 22, 2010.  (D.E. 1.)

THE COURT has reviewed the record as a whole and is otherwise fully advised in the premises.

This matter was referred to Magistrate Judge Patrick A. White, who, on October 25, 2010, issued a Report recommending that the Petition be dismissed because it is a successive Petition for Writ of Habeas Corpus and Petitioner failed to apply to the United States Eleventh Circuit Court of Appeals for authorization to file a successive Petition, as required under 28 U.S.C. § 2244.  (D.E. 6.)  The parties were afforded the opportunity to file objections to the Magistrate Judge's Report; however, no objections were filed.  The matter is now ripe for review.  Accordingly, having conducted a careful, *de novo* review of the record, it is hereby

ORDERED AND ADJUDGED that the Magistrate Judge's Report (D.E. 6)  is RATIFIED, ADOPTED and AFFIRMED.  Petitioner's *pro se* Petition for Writ of Habeas Corpus

(D.E. 1) is DISMISSED.

DONE AND ORDERED in Chambers at Miami, Florida, this 17th day of November, 2010.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
Darius Thomas, *pro se*